**AFFIDAVIT**

I, Shawn Herrman, being first duly sworn, depose and states:

1.  TFO Herrman has been employed with the Kansas Highway Patrol (KHP) since January 2012 and has been cross designated as a DEA Task Force Officer since June 2017. My duties include investigation of violations of the Controlled Substance Act, Title 21 of the United States Code and forfeitures thereto.

2.  The information contained in this report is known to Affiant through personal direct knowledge, and/or through a review of official reports prepared by other law enforcement personnel. This report is submitted in support of federal forfeiture.

3.  On March 15, 2021, Kansas Highway Patrol Master Trooper Cole McGee stopped for a traffic violation a 2018 Ford F-250 on westbound I-70 near milepost 208, in Leavenworth County, in the District of Kansas. The driver and sole occupant was identified as Michael WEIGEL.

4. A certified narcotics canine gave a positive indication to the odor(s) of illegal narcotic(s) in or about the vehicle.

5. During the event, a search of the vehicle led to the discovery of $99,995.00 in U.S. Currency, an empty container of THC edibles, a glass pipe, and a suspected marijuana blunt. The U.S. currency was comprised of (2) large vacuum sealed bags. Both vacuum sealed bags were marked with "50".

6. The currency was packaged and concealed consistent with that of narcotic(s) proceeds, other narcotic related currency, and contraband when packaged for transport.

7. During a post-Miranda interview, WEIGEL was asked why the money was not in a bank and he stated he did not want to go into too much detail regarding the hemp industry. WEIGEL also was asked why the money was vacuum sealed and wrapped in aluminum foil. He stated that is just how he keeps it and it preserves it. When told money doesn't go bad, WEIGEL stated if you bury it, it goes bad.

8.  Later, at another location, a certified narcotics detection canine gave a positive indication to the odor(s) of illegal narcotic(s) emitting from the U.S. currency.

9.   Based on the information set out above, the Affiant has
probable cause to believe that the $99,995.00 in U.S. currency
seized by the Kansas Highway Patrol constitutes money, or other
things of value furnished, or intended to be furnished, in
exchange for a controlled substance or proceeds traceable to
such an exchange, or was used, or intended to be used, to
facilitate one or more violations of Title 21, U.S.C. § 841
et.seq. Accordingly, the property is subject to forfeiture
pursuant to Title 21, U.S.C. §§ 853 and 881.


Shawn Herrman, TFO
DEA


Sworn to and subscribed before me this 11th day of June 2021.

Notary Public

My Commission Expires:

NOTARY PUBLIC - State of Kansas
JONEE CRUMP
My Appt. Exp. 9/15/2025